# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1585
Lower Tribunal No. 2019-DR-005366

_____

JERAMETRUS NOVONZA YOUNG,

Appellant,

v.

MISHA M. JOHNSON,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
John C. Waters, Judge.

February 20, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

SMITH, GANNAM and PRATT, JJ., concur.


Jerametrus Novonza Young, Lakeland, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED